**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA PLAINTIFF

v. NO. 4:09CR00007 JLH

THERON LEE HAMMONDS DEFENDANT

**ORDER**

Theron Lee Hammonds' motion for early termination of supervised release is GRANTED without objection. Document #30. Hammonds is hereby discharged and released from further supervision.

IT IS SO ORDERED this 14th day of February, 2014.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE